No. 775. CALIFORNIA LUMBERMEN'S COUNCIL ET AL. *v.* FEDERAL TRADE COMMISSION. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morgan J. Doyle* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston, Thomas E. Harris,* and *W. T. Kelley* for respondent.

No. 778. NEW JERSEY WORSTED MILLS *v.* GNICHTEL ET AL., EXECUTORS. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Laurence Arnold Tanzer* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondents.

No. 786. CHERRY-BURRELL CORPORATION ET AL. *v.* CREAMERY PACKAGE MANUFACTURING Co. March 31, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Clair W. Fairbank, Hugh M. Morris,* and *Alexander L. Nichols* for petitioners. *Messrs. George W. Hansen* and *M. Hudson Rathburn* for respondent.

No. 801. SCHNEIDER *v.* STATE OF NEW YORK. March 31, 1941. Petition for writ of certiorari to the Court of General Sessions, County of New York, State of New York, denied. *Mr. Louis B. Boudin* for petitioner. *Mr. Stanley H. Fuld* for respondent.